UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SAI KUMAR REDDY PITTALA | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-416-SDJ |
| | § | |
| KRISTI NOEM, ET AL. | § | |

## ORDER SETTING HEARING

Before the Court is Plaintiff's Motion for Temporary Restraining Order and Brief in Support. (Dkt. #10). It is **ORDERED** that the motion is set for a hearing on **Wednesday, April 30, 2025, at 10:00 a.m.** at the United States Courthouse located at 7940 Preston Road in Plano, Texas.

It is further **ORDERED** that the Government's response to Plaintiff's Motion is due by **12:00 p.m.** on **Tuesday, April 29, 2025**.

So ORDERED and SIGNED this 25th day of April, 2025.

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE