UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| SAI KUMAR REDDY PITTALA | § | |
| | § | |
| v. | § | CIVIL NO. 4:25-CV-416-SDJ |
| | § | |
| KRISTI NOEM, ET AL. | § | |

### ORDER

Before the Court is Plaintiff's Voluntary Withdrawal of Motion for Temporary Restraining Order. (Dkt. #18). It is therefore **ORDERED** that Plaintiff Sai Kumar Reddy Pittala's Motion for Temporary Restraining Order is **WITHDRAWN** and the hearing on the motion, previously set for April 30, 2025, is cancelled.

If Plaintiff wishes to proceed with a preliminary injunction at some point, he must notify the Court.

**So ORDERED and SIGNED this 28th day of April, 2025.**

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE